B1 (Official Form 1) (04/13)

| United States Bankruptcy Court<br>District of Oregon | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Crabtree, Harry James** | Name of Joint Debtor (Spouse) (Last, First, Middle):<br>**Crabtree, Shay Colleen** |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) /Complete EIN<br>(if more than one, state all):  **4192** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) /Complete EIN<br>(if more than one, state all):  **7285** |
| Street Address of Debtor (No. & Street, City, State & Zip Code):<br>**723 Kalmia Street<br>Junction City, OR**  ZIPCODE **97448** | Street Address of Joint Debtor (No. & Street, City, State & Zip Code):<br>**723 Kalmia Street<br>Junction City, OR**  ZIPCODE **97448** |
| County of Residence or of the Principal Place of Business:<br>**Lane** | County of Residence or of the Principal Place of Business:<br>**Lane** |
| Mailing Address of Debtor (if different from street address)  ZIPCODE | Mailing Address of Joint Debtor (if different from street address):  ZIPCODE |

Location of Principal Assets of Business Debtor (if different from street address above):  ZIPCODE

**Type of Debtor**
(Form of Organization)
(Check **one** box.)
- [x] Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- [ ] Corporation (includes LLC and LLP)
- [ ] Partnership
- [ ] Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Chapter 15 Debtor**
Country of debtor's center of main interests:

Each country in which a foreign proceeding by, regarding, or against debtor is pending:

**Nature of Business**
(Check **one** box.)
- [ ] Health Care Business
- [ ] Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)
- [ ] Railroad
- [ ] Stockbroker
- [ ] Commodity Broker
- [ ] Clearing Bank
- [ ] Other

**Tax-Exempt Entity**
(Check box, if applicable.)
- [ ] Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box.)
- [ ] Chapter 7
- [ ] Chapter 9
- [ ] Chapter 11
- [ ] Chapter 12
- [x] Chapter 13
- [ ] Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- [ ] Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box.)
- [x] Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or house-hold purpose."
- [ ] Debts are primarily business debts.

**Filing Fee** (Check one box)
- [x] Full Filing Fee attached
- [ ] Filing Fee to be paid in installments (Applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- [ ] Filing Fee waiver requested (Applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- [ ] Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- [ ] Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- [ ] Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 (amount subject to adjustment on 4/01/16 and every three years thereafter).

Check all applicable boxes:
- [ ] A plan is being filed with this petition
- [ ] Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**
- [x] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [ ] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

Estimated Assets

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

Estimated Liabilities

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B1 (Official Form 1) (04/13)                                                                                                    Page 2

| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**Crabtree, Harry James & Crabtree, Shay Colleen** |
|---|---|

### All Prior Bankruptcy Case Filed Within Last 8 Years (If more than two, attach additional sheet)

| Location<br>Where Filed:**None** | Case Number: | Date Filed: |
|---|---|---|
| Location<br>Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor:<br>**None** | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| **Exhibit A**<br>(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | **Exhibit B**<br>(To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. § 342(b).<br><br>X  ___*/s/ Tomas K. Butcher*_____   12/23/13<br>Signature of Attorney for Debtor(s)                    Date |
|---|---|

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☑ No

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

  ☑ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

  ☑ Exhibit D also completed and signed by the joint debtor is attached a made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box.)

  ☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

  ☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

  ☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes.)

  ☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____

(Name of landlord that obtained judgment)

_____

(Address of landlord)

  ☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

  ☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

  ☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| | |
|---|---|
| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**Crabtree, Harry James & Crabtree, Shay Colleen** |

## Signatures

<table>
<tr>
<td>

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under Chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Harry J Crabtree**

Signature of Debtor        **Harry J Crabtree**

X **/s/ Shay C Crabtree**

Signature of Joint Debtor      **Shay C Crabtree**

**(541) 520-4521**

Telephone Number (If not represented by attorney)

**December 23, 2013**

Date

</td>
<td>

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only **one** box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.

☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____

Signature of Foreign Representative

_____

Printed Name of Foreign Representative

_____

Date

</td>
</tr>
<tr>
<td>

### Signature of Attorney*

X **/s/ Tomas K. Butcher**

Signature of Attorney for Debtor(s)

**Tomas K. Butcher 082807**
**Butcher Law Office**
**116 Highway 99 N #101**
**Eugene, OR  97402-0000**
**(541) 762-1967  Fax: (541) 762-1968**

**December 23, 2013**

Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

</td>
<td>

### Signature of Non-Attorney Petition Preparer

I declare under penalty of perjury that: 1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; 2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h) and 342(b); and 3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____

Printed Name and title, if any,  of Bankruptcy Petition Preparer

_____

Social Security Number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

_____

Address

_____

X _____

Signature

_____

Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person, or partner whose social security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. § 110; 18 U.S.C. § 156.*

</td>
</tr>
<tr>
<td colspan="2">

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____

Signature of Authorized Individual

_____

Printed Name of Authorized Individual

_____

Title of Authorized Individual

_____

Date

</td>
</tr>
</table>

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

<div align="center">

UNITED STATES BANKRUPTCY COURT
DISTRICT OF OREGON

</div>

| | |
|---|---|
| In re | ) Case No. |
| | ) |
| **Crabtree, Harry James** | ) **EXHIBIT "C-1"** |
| **Crabtree, Shay Colleen** | ) |
| | ) [NOTE: Must be <u>FULLY</u> completed by <u>ALL</u> |
| Debtor(s) | ) Debtors, and attached to <u>ALL</u> copies of the Petition.] |

**(NOTE: You must answer ALL questions.  Attach additional sheets if necessary.  Use of "UNKNOWN" is <u>NOT</u> acceptable!)**

1. DESCRIBE ASSETS REQUIRING TRUSTEE'S IMMEDIATE ATTENTION:

   **None**

2. Street address and description of principal assets:

   **723 Kalmia Street**
   **Junction City, OR 97448**

**3. The BANKRUPTCY DOCUMENT PREPARER DECLARATION below has been completed for any person who helped, for compensation, prepare any of the bankruptcy papers if the debtor does <u>not</u> have an attorney.**

I declare under penalty of perjury that the above information provided in this Exhibit "C-1" is true and correct.


Date: December  23, /s/ Harry J Crabtree          (541) 520-4521  /s/ Shay C Crabtree
2013                          Debtors Signature                    Phone #   Joint Debtor's Signature

<div align="center">

**BANKRUPTCY DOCUMENT PREPARER DECLARATION**

</div>

**I, the undersigned, declare under penalty of perjury that (1) neither I, nor anyone else listed herein, collected or received any payment from or on behalf of the debtor for court fees in connection with filing the petition; (2) I have received $_____ from or on behalf of the debtor within the previous 12 month period; (3) $_____ is the unpaid fee charged to the debtor; and (4) the following is true and accurate about myself and any other assistants:**

Individual Name <u>and</u> Firm (Type or Print): _____

Address (Type or Print): _____

Last 4 digits of Social Security Number of all OTHER individuals who prepared or assisted in the preparation of these bankruptcy documents: _____

Signature: _____  Last 4 digits of Social Secutiy #: _____  Phone#: _____

**[NOTE: Penalties up to $500 per item may be assessed for omission of any required information (11 USC §110; 18 USC §156) and Fed. Bankruptcy Rule 1006 prohibits any payment to any person for services until the court filing fees are paid in full.]**

EXHIBIT C-1 (8/8/08)

B1D (Official Form 1, Exhibit D) (12/09)

## United States Bankruptcy Court
### District of Oregon

IN RE:                                                          Case No. _____

**Crabtree, Harry James**                                      Chapter **13**
<div align="center">Debtor(s)</div>

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE
## CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

☑ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]*

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

    ☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

    ☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

    ☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor: **/s/ Harry J Crabtree** _____

Date: **December 23, 2013** _____

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B1D (Official Form 1, Exhibit D) (12/09)

## United States Bankruptcy Court
### District of Oregon

IN RE:                                                             Case No. _____

**Crabtree, Shay Colleen**                                          Chapter **13**
_____
<center>Debtor(s)</center>

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE
## CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

☑ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]*

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor: **/s/ Shay C Crabtree** _____

Date: **December 23, 2013** _____

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6 Summary (Official Form 6 - Summary) (12/13)

# United States Bankruptcy Court
## District of Oregon

**IN RE:**                                                                 Case No. _____

**Crabtree, Harry James & Crabtree, Shay Colleen** _____  Chapter **13** _____
<div align="center">Debtor(s)</div>

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | $ 127,065.00 | | |
| B - Personal Property | Yes | 3 | $ 86,159.23 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 2 | | $ 216,697.68 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 1 | | $ 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 14 | | $ 43,805.77 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 2 | | | $ 0.00 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 2 | | | $ 5,685.00 |
| TOTAL | | 28 | $ 213,224.23 | $ 260,503.45 | |

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B 6 Summary (Official Form 6 - Summary) (12/13)

# United States Bankruptcy Court
## District of Oregon

IN RE:                                                    Case No. _____

**Crabtree, Harry James & Crabtree, Shay Colleen**        Chapter **13**
<div style="text-align:center">Debtor(s)</div>

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

      If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. § 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

      ☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | | Amount |
|---|---|---|
| Domestic Support Obligations (from Schedule E) | $ | **0.00** |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | $ | **0.00** |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | $ | **0.00** |
| Student Loan Obligations (from Schedule F) | $ | **0.00** |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | $ | **0.00** |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | $ | **0.00** |
| **TOTAL** | $ | **0.00** |

**State the following:**

| | | |
|---|---|---|
| Average Income (from Schedule I, Line 12) | $ | **0.00** |
| Average Expenses (from Schedule J, Line 22) | $ | **5,685.00** |
| Current Monthly Income (from Form 22A Line 12; **OR**, Form 22B Line 11; **OR**, Form 22C Line 20 ) | $ | **2,134.23** |

**State the following:**

| | | | |
|---|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | $ | **84,654.68** |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column. | $ | **0.00** | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | $ | **0.00** |
| 4. Total from Schedule F | | $ | **43,805.77** |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | $ | **128,460.45** |

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**IN RE** Crabtree, Harry James & Crabtree, Shay Colleen_____    Case No. _____
_____Debtor(s)_____    _____(If known)

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| **Residence: 723 Kalma Street, Junction City, OR 97448.** | | **J** | **127,065.00** | **210,801.68** |
| | | **TOTAL** | **127,065.00** | |

(Report also on Summary of Schedules)

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6B (Official Form 6B) (12/07)

IN RE **Crabtree, Harry James & Crabtree, Shay Colleen** _____ Case No. _____
      Debtor(s)                                                                                    (If known)

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1.  Cash on hand. | | **Cash on hand, est.** | J | 40.00 |
| 2.  Checking, savings or other financial accounts, certificates of deposit or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **First Tech Federal Credit Union checking account, est.** | J | 0.00 |
| | | **First Tech Federal Credit Union savings account, est.** | J | 5.00 |
| | | **Oregon Community Credit Union checking account, est.** | J | 300.00 |
| | | **Oregon Community Credit Union savings account, est.** | J | 3.00 |
| 3.  Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4.  Household goods and furnishings, include audio, video, and computer equipment. | | **General household goods, furnishings, and electronics, est.** | J | 1,500.00 |
| 5.  Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6.  Wearing apparel. | | **Clothing, est.** | J | 100.00 |
| 7.  Furs and jewelry. | | **Jewelry, est.** | J | 100.00 |
| 8.  Firearms and sports, photographic, and other hobby equipment. | | **1 22 Ruger, est.** | H | 75.00 |
| | | **1 pistol, est.** | H | 50.00 |
| 9.  Interest in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | **Term life insurance with no cash surrender value, est.** | H | 0.00 |
| 10. Annuities. Itemize and name each issue. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | | **401k account, est.** | H | 62,433.23 |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

Case 13-64992-tmr13    Doc 1    Filed 12/23/13

IN RE Crabtree, Harry James & Crabtree, Shay Colleen _____ Case No. _____
          Debtor(s)                                                                                    (If known)

# SCHEDULE B - PERSONAL PROPERTY
## (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts receivable. | | **Net wages for work performed yet unpaid, est.** | W | 1,000.00 |
| 17. Alimony, maintenance, support, and property settlements in which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interest, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **1994 Ford F350 pickup with about 200,000 plus miles. KBB.com estimates value at $3931 for "fair" condition. Debtor believes value closer to $2900.** | J | 2,900.00 |
| | | **2002 Harley-Davidson FLHT Electra Glinde Motorcycle with about 28,000 miles, est. KBB.com for retail value in excellent condition: $7,500.  KBB.com estimate for trade-in value:$5470. Value based on average of retail and trade-in values.** | J | 6,485.00 |
| | | **2003 American Ironhorse Texas Chopper Motorcycle with about 15,000 miles, est.  Retail value for vehicle in excellent condition based on KBB.com $10,075.  Trade in value per KBB.com: $7090.  Value based on average of retail and trade in value.** | H | 8,582.00 |
| | | **2003 Buick Century with about 200,000 plus miles. KBB.com estimate for "fair" condition: $1986.** | W | 1,986.00 |
| | | **Horse trailer, est.** | W | 500.00 |

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6B (Official Form 6B) (12/07) - Cont.

IN RE **Crabtree, Harry James & Crabtree, Shay Colleen**                    Case No. _____

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

Debtor(s)                                    (If known)

# SCHEDULE B - PERSONAL PROPERTY
## (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | | 1 horse, est.  Age of horse 19 years of age. | W | 100.00 |
| | | 2 dogs and some fish - no liquidation value. | J | 0.00 |
| | | 4 chickens - no liquidation value. | J | 0.00 |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |
| | | | **TOTAL** | **86,159.23** |

(Include amounts from any continuation sheets attached.
Report total also on Summary of Schedules.)

_____ **0** continuation sheets attached

B6C (Official Form 6C) (04/13)

**IN RE** Crabtree, Harry James & Crabtree, Shay Colleen _____ Case No. _____
                           Debtor(s)                                                     (If known)

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor elects the exemptions to which debtor is entitled under:        ☐ Check if debtor claims a homestead exemption that exceeds $155,675. *
(Check one box)

☑ 11 U.S.C. § 522(b)(2)
☐ 11 U.S.C. § 522(b)(3)

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTIONS |
|---|---|---|---|
| **SCHEDULE B - PERSONAL PROPERTY** | | | |
| **Cash on hand, est.** | **11 USC § 522(d)(5)** | 40.00 | 40.00 |
| **First Tech Federal Credit Union savings account, est.** | **11 USC § 522(d)(5)** | 5.00 | 5.00 |
| **Oregon Community Credit Union checking account, est.** | **11 USC § 522(d)(5)** | 300.00 | 300.00 |
| **Oregon Community Credit Union savings account, est.** | **11 USC § 522(d)(5)** | 3.00 | 3.00 |
| **General household goods, furnishings, and electronics, est.** | **11 USC § 522(d)(3)** | 1,500.00 | 1,500.00 |
| **Clothing, est.** | **11 USC § 522(d)(3)** | 100.00 | 100.00 |
| **Jewelry, est.** | **11 USC § 522(d)(4)** | 100.00 | 100.00 |
| **1 22 Ruger, est.** | **11 USC § 522(d)(5)** | 75.00 | 75.00 |
| **1 pistol, est.** | **11 USC § 522(d)(3)** | 50.00 | 50.00 |
| **401k account, est.** | **11 USC § 522(d)(12)** | 100% | 62,433.23 |
| **Net wages for work performed yet unpaid, est.** | **11 USC § 522(d)(5)** | 1,000.00 | 1,000.00 |
| **1994 Ford F350 pickup with about 200,000 plus miles. KBB.com estimates value at $3931 for "fair" condition. Debtor believes value closer to $2900.** | **11 USC § 522(d)(5)**<br>**11 USC § 522(d)(5)** | 227.00<br>2,673.00 | 2,900.00 |
| **2002 Harley-Davidson FLHT Electra Glinde Motorcycle with about 28,000 miles, est. KBB.com for retail value in excellent condition: $7,500.  KBB.com estimate for trade-in value:$5470.  Value based on average of retail and trade-in values.** | **11 USC § 522(d)(5)** | 6,485.00 | 6,485.00 |
| **2003 American Ironhorse Texas Chopper Motorcycle with about 15,000 miles, est. Retail value for vehicle in excellent condition based on KBB.com $10,075. Trade in value per KBB.com: $7090.  Value based on average of retail and trade in value.** | **11 USC § 522(d)(2)** | 3,604.00 | 8,582.00 |
| **2003 Buick Century with about 200,000 plus miles. KBB.com estimate for "fair" condition: $1986.** | **11 USC § 522(d)(2)** | 1,986.00 | 1,986.00 |
| **Horse trailer, est.** | **11 USC § 522(d)(5)** | 500.00 | 500.00 |
| **1 horse, est.  Age of horse 19 years of age.** | **11 USC § 522(d)(5)** | 100.00 | 100.00 |

*Amount subject to adjustment on 4/1/16 and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6D (Official Form 6D) (12/07)

**IN RE** Crabtree, Harry James & Crabtree, Shay Colleen       Case No. _____
<br>_____Debtor(s)_____                (If known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is the creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H – Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Bank Of America**<br>**POB 5170**<br>**Simi Valley, CA  93062** | | J | **MOrtgage on residence located at: 723 Kalmia Street, Junction City, OR 97448.**<br><br>VALUE $ **127,065.00** | | | | 147,844.52 | 20,779.52 |
| ACCOUNT NO.<br>**Bank Of America NA**<br>**4161 Piedmont Parkway**<br>**Greensboro, NC  27410** | | | **Assignee or other notification for: Bank Of America**<br><br>VALUE $ | | | | | |
| ACCOUNT NO.<br>**Beneficial**<br>**POB 1231**<br>**Brandon, FL  33503** | | J | **Second Mortgage on residense located at: 723 Kalmia Street, Junction City, OR 97448**<br><br>VALUE $ **127,065.00** | | | | 62,957.16 | 62,957.16 |
| ACCOUNT NO.<br>**Beneficial/Household Finance Company**<br>**POB 3425**<br>**Buffalo, NY  14240** | | | **Assignee or other notification for: Beneficial**<br><br>VALUE $ | | | | | |

_____**1**_____ continuation sheets attached

Subtotal<br>(Total of this page)    $ **210,801.68**    $ **83,736.68**

Total<br>(Use only on last page)    $       $

(Report also on Summary of Schedules.)    (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Crabtree, Harry James & Crabtree, Shay Colleen**                    Case No. _____
                        Debtor(s)                                                          (If known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **FreedomRoad Financial 10605 Double R BLVD Reno, NV  89521** | | H | **2003 American Iron Horse Motor Cycle.** VALUE $ **8,582.00** | | | | **4,978.00** | |
| ACCOUNT NO. **Freedomroad Financial POB 4597 Oak Brook, IL  60522** | | | **Assignee or other notification for: FreedomRoad Financial** VALUE $ | | | | | |
| ACCOUNT NO. **Les Schwab 20900 Cooley Rd Bend, OR  97701** | | H | **Misc. consumer debt; secured lender.** VALUE $ | | | | **918.00** | **918.00** |
| ACCOUNT NO. | | | VALUE $ | | | | | |
| ACCOUNT NO. | | | VALUE $ | | | | | |
| ACCOUNT NO. | | | VALUE $ | | | | | |

Sheet no. ____**1**____ of ____**1**____ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

|  | Subtotal (Total of this page) | $ **5,896.00** | $ **918.00** |
|---|---|---|---|
|  | Total (Use only on last page) | $ **216,697.68** | $ **84,654.68** |
|  |  | (Report also on Summary of Schedules.) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.) |

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6E (Official Form 6E) (04/13)

**IN RE** Crabtree, Harry James & Crabtree, Shay Colleen _____ Case No. _____
<div style="text-align:center">Debtor(s)                                                                    (If known)</div>

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☑ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic Support Obligations**
Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**
Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**
Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $12,475* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**
Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**
Claims of certain farmers and fishermen, up to $6,150* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**
Claims of individuals up to $2,775* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☐ **Taxes and Certain Other Debts Owed to Governmental Units**
Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**
Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**
Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

\* Amounts are subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

_____ **0** continuation sheets attached

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07)

IN RE **Crabtree, Harry James & Crabtree, Shay Colleen** _____ Case No. _____
_____
Debtor(s)                                                                              (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br>**Above All Sanitation Inc** <br>**84572 Territorial Hwy** <br>**Eugene, OR  97405** | | W | **Misc. consumer debt.** | | | | **130.00** |
| ACCOUNT NO. <br><br>**Professional Credit Service** <br>**PO BOX 7548** <br>**Eugene, OR  97401** | | | **Assignee or other notification for:** <br>**Above All Sanitation Inc** | | | | |
| ACCOUNT NO. <br><br>**Adam Specht PA** <br>**3311 Riverbend Dr** <br>**Springfield, OR  97477** | | J | **Medical service.** | | | | **unknown** |
| ACCOUNT NO. <br><br>**AT&T Mobility** <br>**PO BOX 30459** <br>**Los Angeles, CA  90030** | | J | **Misc. consumer debt.** | | | | **unknown** |

**13** continuation sheets attached

Subtotal
(Total of this page)  $ **130.00**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)  $

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Crabtree, Harry James & Crabtree, Shay Colleen** _____ Case No. _____
      Debtor(s)                                                                        (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**AT & T**<br>**208 S Akard Street**<br>**Dallas, TX  75202** | | | Assignee or other notification for:<br>**AT&T Mobility** | | | | |
| ACCOUNT NO.<br>**Receivables Performance Management**<br>**POB 1548**<br>**Lynnwood, WA  98046** | | | Assignee or other notification for:<br>**AT&T Mobility** | | | | |
| ACCOUNT NO.<br>**Capital One Bank USA NA**<br>**PO BOX 30281**<br>**Salt Lake City, UT  84130** | | H | Misc. consumer debt. | | | | **919.00** |
| ACCOUNT NO.<br>**United Recovery Systems Inc**<br>**POB 722929**<br>**Houston, TX  77272** | | | Assignee or other notification for:<br>**Capital One Bank USA NA** | | | | |
| ACCOUNT NO.<br>**Chase**<br>**PO BOX 15298**<br>**Wilmington, DE  19850** | | W | Misc. consumer debt. | | | | **1,664.00** |
| ACCOUNT NO.<br>**MRS BPO LLC**<br>**1930 Olney Avenue**<br>**Cherry Hill, NJ  08003** | | | Assignee or other notification for:<br>**Chase** | | | | |
| ACCOUNT NO.<br>**Chase**<br>**PO BOX 15298**<br>**Wilmington, DE  19850** | | H | Medical service. | | | | **935.00** |

Sheet no. ___**1**___ of ___**13**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)  $ **3,518.00**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)  $

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Crabtree, Harry James & Crabtree, Shay Colleen** _____ Case No. _____
                                           Debtor(s)                                             (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Client Services Inc<br>3451 Harry S Truman Blvd<br>St Charles, MO 63301** | | | Assignee or other notification for:<br>**Chase** | | | | |
| ACCOUNT NO.<br>**Chase Bank USA<br>PO BOX 15298<br>Wilmington, DE 19850** | | H | Misc. consumer debt. | | | | **4,544.81** |
| ACCOUNT NO.<br>**ARS National Services Inc<br>POB 463023<br>Escondido, CA 92046** | | | Assignee or other notification for:<br>**Chase Bank USA** | | | | |
| ACCOUNT NO.<br>**Viking Client Services Inc<br>POB 59207<br>Minneapolis, MN 55459** | | | Assignee or other notification for:<br>**Chase Bank USA** | | | | |
| ACCOUNT NO.<br>**Commenity Bank/Justice<br>POB 182789<br>Columbs, OH 43218** | | W | Misc. consumer debt. | | | | **872.00** |
| ACCOUNT NO.<br>**Daniel Harper DMD MS LLC<br>2567 Cal Young Rd<br>Eugene, OR 97401** | | J | Dental service. | | | | **50.00** |
| ACCOUNT NO.<br>**Quick Collect, Inc.<br>PO BOX 55457<br>Portland, OR 97238** | | | Assignee or other notification for:<br>**Daniel Harper DMD MS LLC** | | | | |

Sheet no. **2** of **13** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

                       Subtotal
         (Total of this page) $ **5,466.81**

            Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**IN RE** <u>Crabtree, Harry James & Crabtree, Shay Colleen</u>                                          Case No. _____
  <span>Debtor(s)</span>                                                                                            (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Dell Financial Services**<br>**PO Box 81577**<br>**Austin, TX  78708** | | W | **Misc. consumer debt.** | | | | **3,126.00** |
| ACCOUNT NO.<br>**DFS Customer Care Dept**<br>**POB 81577**<br>**Austin, TX  78708** | | | **Assignee or other notification for:**<br>**Dell Financial Services** | | | | |
| ACCOUNT NO.<br>**Discover Financial Services LLC**<br>**PO Box 15316**<br>**Wilmington, DE  19850** | | W | **Misc. consumer debt.** | | | | **1,225.00** |
| ACCOUNT NO.<br>**Discover**<br>**POB 30421**<br>**Salt Lake City, UT  84130** | | | **Assignee or other notification for:**<br>**Discover Financial Services LLC** | | | | |
| ACCOUNT NO.<br>**Donna Morgan MD**<br>**360 S Garden Way #101**<br>**Eugene, OR  97401** | | J | **Medical service.** | | | | **unknown** |
| ACCOUNT NO.<br>**Pain Society Oregon**<br>**360 S Garden Way #101**<br>**Eugene, OR  97401** | | | **Assignee or other notification for:**<br>**Donna Morgan MD** | | | | |
| ACCOUNT NO.<br>**Eugene Gastroenterology Consultants PC**<br>**3355 RiverBend Drive #500**<br>**Springfield, OR  97477** | | J | **Medical service.** | | | | **unknown** |

Sheet no. ___**3**___ of ___**13**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **4,351.00**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $ _____

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**IN RE** Crabtree, Harry James & Crabtree, Shay Colleen _____ Case No. _____
            Debtor(s)                                                    (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**Ge Capital Retail Bank**<br>**Attn: Bankruptcy Department**<br>**POB 103104**<br>**Roswell, GA  30076** | | W | **Misc. consumer debt.** | | | | **2,501.00** |
| ACCOUNT NO.<br><br>**Portfolio Recovery Associates Llc**<br>**POB 12914**<br>**Norfolk, VA  23541** | | | **Assignee or other notification for:**<br>**Ge Capital Retail Bank** | | | | |
| ACCOUNT NO.<br><br>**Ge Capital Retail Bank**<br>**Attn: Bankruptcy Department**<br>**POB 103104**<br>**Roswell, GA  30076** | | W | **Misc. consumer debt.** | | | | **860.00** |
| ACCOUNT NO.<br><br>**Portfolio Recovery Associates Llc**<br>**POB 12914**<br>**Norfolk, VA  23541** | | | **Assignee or other notification for:**<br>**Ge Capital Retail Bank** | | | | |
| ACCOUNT NO.<br><br>**GE Capital/Walmart**<br>**POB 965024**<br>**Orlando, FL  32896** | | W | **Misc. consumer debt.** | | | | **684.00** |
| ACCOUNT NO.<br><br>**Ge Capital Retail Bank**<br>**Attn: Bankruptcy Department**<br>**POB 103104**<br>**Roswell, GA  30076** | | | **Assignee or other notification for:**<br>**GE Capital/Walmart** | | | | |
| ACCOUNT NO.<br><br>**Wal-Mart**<br>**POB 530927**<br>**Atlanta, GA  30353** | | | **Assignee or other notification for:**<br>**GE Capital/Walmart** | | | | |

Sheet no. __**4**__ of __**13**__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **4,045.00**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)   $

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**IN RE** **Crabtree, Harry James & Crabtree, Shay Colleen** _____ Case No. _____
<div align="center">Debtor(s)                                                              (If known)</div>

<div align="center">

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

</div>

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**GECRB/Care Credit**<br>**POB 965036**<br>**Orlando, FL  32896** | | H | **Misc. consumer debt.** | | | | **1,122.00** |
| ACCOUNT NO.<br>**Care Credit**<br>**PO Box 960061**<br>**Orlando, FL  32896** | | | **Assignee or other notification for:**<br>**GECRB/Care Credit** | | | | |
| ACCOUNT NO.<br>**Ge Capital Retail Bank**<br>**Attn: Bankruptcy Department**<br>**POB 103104**<br>**Roswell, GA  30076** | | | **Assignee or other notification for:**<br>**GECRB/Care Credit** | | | | |
| ACCOUNT NO.<br>**Gecrb/Old Navy**<br>**POB 965005**<br>**Orlando, FL  32896** | | W | **Misc. consumer debt.** | | | | **968.00** |
| ACCOUNT NO.<br>**Ge Capital Retail Bank**<br>**Attn: Bankruptcy Department**<br>**POB 103104**<br>**Roswell, GA  30076** | | | **Assignee or other notification for:**<br>**Gecrb/Old Navy** | | | | |
| ACCOUNT NO.<br>**GE Money Bank**<br>**Attn: Bankruptcy Department**<br>**POB 103104**<br>**Roswell, GA  30076** | | | **Assignee or other notification for:**<br>**Gecrb/Old Navy** | | | | |
| ACCOUNT NO.<br>**Zwicker & Associates PC**<br>**10824 SE Oak Street, PMB 401**<br>**Milwaukie, OR  97222** | | | **Assignee or other notification for:**<br>**Gecrb/Old Navy** | | | | |

Sheet no. **5** of **13** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

<div align="right">

Subtotal
(Total of this page) $ **2,090.00**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

</div>

**IN RE** Crabtree, Harry James & Crabtree, Shay Colleen _____    Case No. _____
　　　　　　　　　　　　Debtor(s)　　　　　　　　　　　　　　　　　　　　　　　(If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Gecrb/Paypal<br>POB 965005<br>Orlando, FL 32896 | | W | Misc. consumer debt. | | | | 859.00 |
| ACCOUNT NO.<br><br>Gecrb/Paypal<br>POB 965005<br>Orlando, FL 32896 | | H | Misc. consumer debt. | | | | 831.00 |
| ACCOUNT NO.<br><br>Paypal Credit Services/Gemb<br>POB 960080<br>Orlando, FL 32896 | | | Assignee or other notification for:<br>Gecrb/Paypal | | | | |
| ACCOUNT NO.<br><br>Gladys Crabtree<br>28505 Bailey Lane<br>Junction City, OR 97448 | | H | Misc. consumer debt. | | | | 8,800.00 |
| ACCOUNT NO.<br><br>Good Samaritan Regional Medical Center<br>3600 NW Samaritan Drive<br>Corvallis, OR 97330 | | J | Medical service. | | | | 44.00 |
| ACCOUNT NO.<br><br>Professional Credit Service<br>PO BOX 7548<br>Eugene, OR 97401 | | | Assignee or other notification for:<br>Good Samaritan Regional Medical Center | | | | |
| ACCOUNT NO.<br><br>Henry Quest DMD PC<br>4120 Quest Drive<br>Eugene, OR 97402 | | J | Dental service. | | | | 33.25 |

Sheet no. __6__ of __13__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **10,567.25**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Crabtree, Harry James & Crabtree, Shay Colleen**                    Case No. _____
_____
Debtor(s)                                                                  (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> **JC PENNY/GEMB <br> POB 981131 <br> El Paso, TX  79998** | | J | **Misc. consumer debt.** | | | | **201.00** |
| ACCOUNT NO. <br> **GE Money Bank <br> Attn: Bankruptcy Department <br> POB 103104 <br> Roswell, GA  30076** | | | **Assignee or other notification for: <br> JC PENNY/GEMB** | | | | |
| ACCOUNT NO. <br> **Portfolio Recovery Associates Llc <br> POB 12914 <br> Norfolk, VA  23541** | | | **Assignee or other notification for: <br> JC PENNY/GEMB** | | | | |
| ACCOUNT NO. <br> **Junction City Medical Center PC <br> 355 W 3rd Ave <br> Junction City, OR  97448** | | J | **Medical service.** | | | | **unknown** |
| ACCOUNT NO. <br> **Kemper Services Group <br> POB 660069 <br> Dallas, TX  75266** | | W | **Misc. debt.** | | | | **1,795.13** |
| ACCOUNT NO. <br> **Alpha Property And Casualty <br> 25000 Center Ridge Rd <br> Westlake, OH  44145** | | | **Assignee or other notification for: <br> Kemper Services Group** | | | | |
| ACCOUNT NO. <br> **Tammy Cooke <br> 340 Moore Street <br> Harrisburg, OR  97446** | | | **Assignee or other notification for: <br> Kemper Services Group** | | | | |

Sheet no. ___**7**___ of ___**13**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ | **1,996.13**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Crabtree, Harry James & Crabtree, Shay Colleen** _____ Case No. _____
_____
                                           Debtor(s)                                          (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br>**Northwest Anesthesia Physicians, P.C.** <br>**PO BOX 7247** <br>**Eugene, OR  97401** | | J | **Medical service.** | | | | **unknown** |
| ACCOUNT NO. <br><br>**Oregon Endoscopy Center LLC** <br>**3355 Riverbend Drive #510** <br>**Springfield, OR  97477** | | J | **Medical service.** | | | | **unknown** |
| ACCOUNT NO. <br><br>**Oregon Imaging Center** <br>**POB 25** <br>**Eugene, OR  97440** | | J | **Medical service.** | | | | **unknown** |
| ACCOUNT NO. <br><br>**Pathology Consultants, PC** <br>**POB 72059** <br>**Eugene, OR  97401** | | J | **Medical service.** | | | | **unknown** |
| ACCOUNT NO. <br><br>**Paul S Koh MD** <br>**3311 Riverbend Dr** <br>**Springfield, OR  97477** | | J | **Medical service.** | | | | **unknown** |
| ACCOUNT NO. <br><br>**Peacehealth Laboratories** <br>**POB 77003** <br>**Springfield, OR  97475** | | J | **Medical service.** | | | | **unknown** |
| ACCOUNT NO. <br><br>**Peacehealth Medical Group** <br>**PO BOX 24410** <br>**Eugene, OR  97402** | | J | **Medical service.** | | | | **145.00** |

Sheet no. **8** of **13** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **145.00**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

**IN RE** Crabtree, Harry James & Crabtree, Shay Colleen                    Case No. _____
_____
Debtor(s)                                                                 (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Peacehealth**<br>**POB 569**<br>**Eugene, OR  97440** | | | **Assignee or other notification for:**<br>**Peacehealth Medical Group** | | | | |
| ACCOUNT NO.<br>**Peacehealth**<br>**1115 SE 164th Ave Dept 334**<br>**Vancouver, WA  98683** | | | **Assignee or other notification for:**<br>**Peacehealth Medical Group** | | | | |
| ACCOUNT NO.<br>**Professional Credit Service**<br>**PO BOX 7548**<br>**Eugene, OR  97401** | | | **Assignee or other notification for:**<br>**Peacehealth Medical Group** | | | | |
| ACCOUNT NO.<br>**Peacehealth Medical Group**<br>**PO BOX 24410**<br>**Eugene, OR  97402** | | J | **Medical service.** | | | | **139.00** |
| ACCOUNT NO.<br>**Peacehealth**<br>**POB 569**<br>**Eugene, OR  97440** | | | **Assignee or other notification for:**<br>**Peacehealth Medical Group** | | | | |
| ACCOUNT NO.<br>**Peacehealth Medical Group**<br>**PO BOX 24410**<br>**Eugene, OR  97402** | | J | **Medical service.** | | | | **128.00** |
| ACCOUNT NO.<br>**Professional Credit Service**<br>**PO BOX 7548**<br>**Eugene, OR  97401** | | | **Assignee or other notification for:**<br>**Peacehealth Medical Group** | | | | |

Sheet no. _____**9**_____ of _____**13**_____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **267.00**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Crabtree, Harry James & Crabtree, Shay Colleen**                   Case No. _____
　　　　　　　　　　Debtor(s)　　　　　　　　　　　　　　　　　　　　　　　　　　　　　(If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br>**Radiology Associates, PC**<br>**POB 53**<br>**Eugene, OR  97440** | | J | **Medical service.** | | | | **43.20** |
| ACCOUNT NO. <br><br>**Dr. David Greenberg MD**<br>**POB 53**<br>**Eugene, OR  97440** | | | **Assignee or other notification for:**<br>**Radiology Associates, PC** | | | | |
| ACCOUNT NO. <br><br>**Ray Klein Inc**<br>**400 International Way #100**<br>**Springfield, OR  97477** | | J | **Misc. consumer debt; judgment, Lane County Circuit Court Case No. 701318134** | | | | **626.38** |
| ACCOUNT NO. <br><br>**Lane County Circuit Court**<br>**Case# 701318134**<br>**125 E 8th Ave**<br>**Eugene, OR  97401** | | | **Assignee or other notification for:**<br>**Ray Klein Inc** | | | | |
| ACCOUNT NO. <br><br>**Professional Credit Service**<br>**PO BOX 7548**<br>**Eugene, OR  97401** | | | **Assignee or other notification for:**<br>**Ray Klein Inc** | | | | |
| ACCOUNT NO. <br><br>**Robin J Edwards, CFA**<br>**POB 569**<br>**Eugene, OR  97440** | | J | **Medical service.** | | | | **unknown** |
| ACCOUNT NO. <br><br>**Sacred Heart Medical Center At Riverbend**<br>**3333 RiverBend Drive**<br>**Springfield, OR  97477** | | J | **Medical service.** | | | | **2,320.00** |

Sheet no. ___**10**___ of ___**13**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)   $ **2,989.58**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)   $

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Crabtree, Harry James & Crabtree, Shay Colleen**                                    Case No. _____
                                                                   Debtor(s)                                              (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Merchants Billing Services**<br>**POB 6386**<br>**Bellevue, WA  98008** | | | **Assignee or other notification for:**<br>**Sacred Heart Medical Center At Riverbend** | | | | |
| ACCOUNT NO.<br>**Peacehealth**<br>**POB 569**<br>**Eugene, OR  97440** | | | **Assignee or other notification for:**<br>**Sacred Heart Medical Center At Riverbend** | | | | |
| ACCOUNT NO.<br>**Sacred Heart Medical Center**<br>**1255 HILYARD ST**<br>**Eugene, OR  97401** | | | **Assignee or other notification for:**<br>**Sacred Heart Medical Center At Riverbend** | | | | |
| ACCOUNT NO.<br>**Sacred Heart Physicians**<br>**POB 24410**<br>**Eugene, OR  97402** | | J | **Medical service.** | | | | **unknown** |
| ACCOUNT NO.<br>**Sallie Mae**<br>**PO BOX 9500**<br>**Wilkes Barre, PA  18773** | X | H | **Precautionary.** | | | | **unknown** |
| ACCOUNT NO.<br>**US Department Of Education**<br>**PO BOX 5609**<br>**Greenville, TX  75403** | | | **Assignee or other notification for:**<br>**Sallie Mae** | | | | |
| ACCOUNT NO.<br>**Shopko Stores Operating Co LLC**<br>**700 Pilgrim Way**<br>**Green Bay, WI  54304** | | J | **Precautionary.** | | | | **unknown** |

Sheet no. __**11**__ of __**13**__ continuation sheets attached to                                   Subtotal
Schedule of Creditors Holding Unsecured Nonpriority Claims                    (Total of this page) $ _____

                                                                                                       Total
                                                        (Use only on last page of the completed Schedule F. Report also on
                                                        the Summary of Schedules, and if applicable, on the Statistical
                                                        Summary of Certain Liabilities and Related Data.) $ _____

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**IN RE** Crabtree, Harry James & Crabtree, Shay Colleen
_____    Case No. _____
　　　　　　Debtor(s)　　　　　　　　　　　　　　　　　　(If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

<div style="writing-mode:vertical">© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only</div>

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> **Slocum Center For Orthopedics & Sports Medicine** <br> **POB 11707** <br> **Eugene, OR 97440** | | J | **Medical service.** | | | | **606.00** |
| ACCOUNT NO. <br> **Sprint** <br> **PO BOX 660075** <br> **Dallas, TX 75266** | | W | **Misc. consumer debt.** | | | | **1,987.00** |
| ACCOUNT NO. <br> **Sprint** <br> **POB 8077** <br> **London, KY 40742** | | | **Assignee or other notification for:** <br> **Sprint** | | | | |
| ACCOUNT NO. <br> **Target National Bank** <br> **PO BOX 1581** <br> **Minneapolis, MN 55440** | | W | **Misc. consumer debt.** | | | | **999.00** |
| ACCOUNT NO. <br> **Target Card Services** <br> **POB 660170** <br> **Dallas, TX 75266** | | | **Assignee or other notification for:** <br> **Target National Bank** | | | | |
| ACCOUNT NO. <br> **The Home Depot/CBNA** <br> **POB 6497** <br> **Sioux Falls, SD 57117** | | W | **Misc. consumer debt.** | | | | **1,768.00** |
| ACCOUNT NO. <br> **Citibank NA** <br> **701 East 60th St N** <br> **Sioux Falls, SD 57104** | | | **Assignee or other notification for:** <br> **The Home Depot/CBNA** | | | | |

Sheet no. __12__ of __13__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **5,360.00**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

B6F (Official Form 6F) (12/07) - Cont.

**IN RE** Crabtree, Harry James & Crabtree, Shay Colleen _____ Case No. _____
    Debtor(s)                                                                (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>United Recovery Systems Inc<br>POB 722929<br>Houston, TX  77272 | | | Assignee or other notification for:<br>The Home Depot/CBNA | | | | |
| ACCOUNT NO.<br><br>Unitrin Services Group<br>2300 Stafford Avenue Suite 800<br>Scranton, PA  18505 | | W | Misc. consumer debt. | | | | 1,795.00 |
| ACCOUNT NO.<br><br>Grant & Weber<br>POB 4115<br>Concord, CA  94524 | | | Assignee or other notification for:<br>Unitrin Services Group | | | | |
| ACCOUNT NO.<br><br>Verizon Wireless<br>POB 26055<br>Minneapolis, MN  55426 | | W | Misc. consumer debt. | | | | 586.00 |
| ACCOUNT NO.<br><br>WEBBANK/DFS<br>POB 81607<br>Austin, TX  78708 | | W | Precautionary. | | | | unknown |
| ACCOUNT NO.<br><br>Webbank/Fingerhut<br>6250 Ridgewood Rd<br>Saint Cloud, MN  56303 | | W | MIsc. consumer debt. | | | | 499.00 |
| ACCOUNT NO.<br><br>Fingerhut Credit Account<br>POB 1250<br>St. Cloud, MN  56395 | | | Assignee or other notification for:<br>Webbank/Fingerhut | | | | |

Sheet no. __13__ of __13__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **2,880.00**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $ **43,805.77**

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6G (Official Form 6G) (12/07)

IN RE **Crabtree, Harry James & Crabtree, Shay Colleen** _____    Case No. _____
                                                                                        Debtor(s)                                                                                  (If known)

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

   Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☑ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE OF OTHER PARTIES TO LEASE OR CONTRACT | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| | |

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**IN RE** Crabtree, Harry James & Crabtree, Shay Colleen _____ Case No. _____
<div style="text-align:center">Debtor(s)</div> <div style="text-align:right">(If known)</div>

## SCHEDULE H - CODEBTORS

 Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by the debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight-year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Harry J Crabtree**<br>**350 Elm Street**<br>**Junction City, OR  97448** | **Sallie Mae**<br>**PO BOX 9500**<br>**Wilkes Barre, PA  18773** |

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6 Declaration (Official Form 6 - Declaration) (12/07)

IN RE **Crabtree, Harry James & Crabtree, Shay Colleen**                                     Case No. _____
_____
                                    Debtor(s)                                                                    (If known)

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____**30** sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date: **December 23, 2013** _____        Signature: _**/s/ Harry J Crabtree**_____
                                                                        **Harry J Crabtree**                                                Debtor

Date: **December 23, 2013** _____        Signature: _**/s/ Shay C Crabtree**_____
                                                                        **Shay C Crabtree**                                        (Joint Debtor, if any)
                                                                        [If joint case, both spouses must sign.]

---

### DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342 (b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

_____        _____
Printed or Typed Name and Title, if any, of Bankruptcy Petition Preparer            Social Security No. (Required by 11 U.S.C. § 110.)

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs the document.*

_____

_____
Address

_____        _____
Signature of Bankruptcy Petition Preparer                                                Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document, unless the bankruptcy petition preparer is not an individual:

*If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.*

*A bankruptcy petition preparer's failure to comply with the provision of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both.  11 U.S.C. § 110; 18 U.S.C. § 156.*

---

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the _____ (the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership) of the _____ (corporation or partnership) named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ sheets (*total shown on summary page plus 1*), and that they are true and correct to the best of my knowledge, information, and belief.

Date: _____        Signature: _____

                                                        _____
                                                        (Print or type name of individual signing on behalf of debtor)

*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.  18 U.S.C. §§ 152 and 3571.

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

Above All Sanitation Inc
84572 Territorial Hwy
Eugene, OR  97405


Adam Specht PA
3311 Riverbend Dr
Springfield, OR  97477


Alpha Property And Casualty
25000 Center Ridge Rd
Westlake, OH  44145


ARS National Services Inc
POB 463023
Escondido, CA  92046


AT & T
208 S Akard Street
Dallas, TX  75202


AT&T Mobility
PO BOX 30459
Los Angeles, CA  90030


Bank Of America
POB 5170
Simi Valley, CA  93062


Bank Of America NA
4161 Piedmont Parkway
Greensboro, NC  27410


Beneficial
POB 1231
Brandon, FL  33503

Beneficial/Household Finance Company
POB 3425
Buffalo, NY  14240


Capital One Bank USA NA
PO BOX 30281
Salt Lake City, UT  84130


Care Credit
PO Box 960061
Orlando, FL  32896


Chase
PO BOX 15298
Wilmington, DE  19850


Chase Bank USA
PO BOX 15298
Wilmington, DE  19850


Citibank NA
701 East 60th St N
Sioux Falls, SD  57104


Client Services Inc
3451 Harry S Truman Blvd
St Charles, MO  63301


Commenity Bank/Justice
POB 182789
Columbs, OH  43218


Daniel Harper DMD MS LLC
2567 Cal Young Rd
Eugene, OR  97401

Dell Financial Services
PO Box 81577
Austin, TX  78708


DFS Customer Care Dept
POB 81577
Austin, TX  78708


Discover
POB 30421
Salt Lake City, UT  84130


Discover Financial Services LLC
PO Box 15316
Wilmington, DE  19850


Donna Morgan MD
360 S Garden Way #101
Eugene, OR  97401


Dr. David Greenberg MD
POB 53
Eugene, OR  97440


Equifax, Inc
POB 740241
Atlanta, GA  30374


Eugene Gastroenterology Consultants PC
3355 RiverBend Drive #500
Springfield, OR  97477


Experian
Profile Maintenance
POB 9558
Allen, TX  75013

Fingerhut Credit Account
POB 1250
St. Cloud, MN  56395


Freedomroad Financial
POB 4597
Oak Brook, IL  60522


FreedomRoad Financial
10605 Double R BLVD
Reno, NV  89521


Ge Capital Retail Bank
Attn: Bankruptcy Department
POB 103104
Roswell, GA  30076


GE Capital/Walmart
POB 965024
Orlando, FL  32896


GE Money Bank
Attn: Bankruptcy Department
POB 103104
Roswell, GA  30076


GECRB/Care Credit
POB 965036
Orlando, FL  32896


Gecrb/Old Navy
POB 965005
Orlando, FL  32896

Gecrb/Paypal
POB 965005
Orlando, FL  32896


Gladys Crabtree
28505 Bailey Lane
Junction City, OR  97448


Good Samaritan Regional Medical Center
3600 NW Samaritan Drive
Corvallis, OR  97330


Grant & Weber
POB 4115
Concord, CA  94524


Harry J Crabtree
350 Elm Street
Junction City, OR  97448


Henry Quest DMD PC
4120 Quest Drive
Eugene, OR  97402


Internal Revenue Service
Centralized Insolvency Operation
PO BOX 21126
Philadelphia, PA  19114


JC PENNY/GEMB
POB 981131
El Paso, TX  79998


Junction City Medical Center PC
355 W 3rd Ave
Junction City, OR  97448

Kemper Services Group
POB 660069
Dallas, TX  75266


Lane County Circuit Court
Case# 701318134
125 E 8th Ave
Eugene, OR  97401


Les Schwab
20900 Cooley Rd
Bend, OR  97701


Merchants Billing Services
POB 6386
Bellevue, WA  98008


MRS BPO LLC
1930 Olney Avenue
Cherry Hill, NJ  08003


Northwest Anesthesia Physicians, P.C.
PO BOX 7247
Eugene, OR  97401


Oregon Department Of Revenue
955 Center Street NE
Salem, OR  97301


Oregon Endoscopy Center LLC
3355 Riverbend Drive #510
Springfield, OR  97477


Oregon Imaging Center
POB 25
Eugene, OR  97440

Pacific Coast Credit
PO BOX 40580
Eugene, OR  97404


Pain Society Oregon
360 S Garden Way #101
Eugene, OR  97401


Pathology Consultants, PC
POB 72059
Eugene, OR  97401


Paul S Koh MD
3311 Riverbend Dr
Springfield, OR  97477


Paypal Credit Services/Gemb
POB 960080
Orlando, FL  32896


Peacehealth
POB 569
Eugene, OR  97440


Peacehealth
1115 SE 164th Ave Dept 334
Vancouver, WA  98683


Peacehealth Laboratories
POB 77003
Springfield, OR  97475


Peacehealth Medical Group
PO BOX 24410
Eugene, OR  97402

Portfolio Recovery Associates Llc
POB 12914
Norfolk, VA   23541


Professional Credit Service
PO BOX 7548
Eugene, OR   97401


Quick Collect, Inc.
PO BOX 55457
Portland, OR   97238


Radiology Associates, PC
POB 53
Eugene, OR   97440


Ray Klein Inc
400 International Way #100
Springfield, OR   97477


Receivables Performance Management
POB 1548
Lynnwood, WA   98046


Robin J Edwards, CFA
POB 569
Eugene, OR   97440


Sacred Heart Medical Center
1255 HILYARD ST
Eugene, OR   97401


Sacred Heart Medical Center At Riverbend
3333 RiverBend Drive
Springfield, OR   97477

Sacred Heart Physicians
POB 24410
Eugene, OR  97402


Sallie Mae
PO BOX 9500
Wilkes Barre, PA  18773


Shopko Stores Operating Co LLC
700 Pilgrim Way
Green Bay, WI  54304


Slocum Center For Orthopedics & Sports
Medicine
POB 11707
Eugene, OR  97440


Sprint
PO BOX 660075
Dallas, TX  75266


Sprint
POB 8077
London, KY  40742


Tammy Cooke
340 Moore Street
Harrisburg, OR  97446


Target Card Services
POB 660170
Dallas, TX  75266


Target National Bank
PO BOX 1581
Minneapolis, MN  55440

The Home Depot/CBNA
POB 6497
Sioux Falls, SD  57117


Trans Union Corp
POB 2000
Crum Lynne, PA  19022


United Recovery Systems Inc
POB 722929
Houston, TX  77272


Unitrin Services Group
2300 Stafford Avenue Suite 800
Scranton, PA  18505


US Department Of Education
PO BOX 5609
Greenville, TX  75403


Verizon Wireless
POB 26055
Minneapolis, MN  55426


Viking Client Services Inc
POB 59207
Minneapolis, MN  55459


Wal-Mart
POB 530927
Atlanta, GA  30353


WEBBANK/DFS
POB 81607
Austin, TX  78708

Webbank/Fingerhut
6250 Ridgewood Rd
Saint Cloud, MN  56303


Zwicker & Associates PC
10824 SE Oak Street, PMB 401
Milwaukie, OR  97222

**United States Bankruptcy Court**
**District of Oregon**

IN RE:                                              Case No. _____

<u>Crabtree, Harry James & Crabtree, Shay Colleen</u>                Chapter **13**
                           Debtor(s)

**VERIFICATION OF CREDITOR MATRIX**

The above named debtor(s) hereby verify(ies) that the attached matrix listing creditors is true to the best of my(our) knowledge.

Date: **December 23, 2013**          Signature: */s/ Harry J Crabtree*
                                       **Harry J Crabtree**                    Debtor

Date: **December 23, 2013**          Signature: */s/ Shay C Crabtree*
                                       **Shay C Crabtree**              Joint Debtor, if any

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B201A (Form 201A) (11/12)

# UNITED STATES BANKRUPTCY COURT

## NOTICE TO CONSUMER DEBTOR(S) UNDER §342(b)
## OF THE BANKRUPTCY CODE

In accordance with § 342(b) of the Bankruptcy Code, this notice to individuals with primarily consumer debts: (1) Describes briefly the services available from credit counseling services; (2) Describes briefly the purposes, benefits and costs of the four types of bankruptcy proceedings you may commence; and (3) Informs you about bankruptcy crimes and notifies you that the Attorney General may examine all information you supply in connection with a bankruptcy case.

You are cautioned that bankruptcy law is complicated and not easily described. Thus, you may wish to seek the advice of an attorney to learn of your rights and responsibilities should you decide to file a petition. Court employees cannot give you legal advice.

Notices from the bankruptcy court are sent to the mailing address you list on your bankruptcy petition. In order to ensure that you receive information about events concerning your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address. If you are filing a joint case (a single bankruptcy case for two individuals married to each other), and each spouse lists the same mailing address on the bankruptcy petition, you and your spouse will generally receive a single copy of each notice mailed from the bankruptcy court in a jointly-addressed envelope, unless you file a statement with the court requesting that each spouse receive a separate copy of all notices.

## 1. Services Available from Credit Counseling Agencies

**With limited exceptions, § 109(h) of the Bankruptcy Code requires that all individual debtors who file for bankruptcy relief on or after October 17, 2005, receive a briefing that outlines the available opportunities for credit counseling and provides assistance in performing a budget analysis.** The briefing must be given within 180 days **before** the bankruptcy filing. The briefing may be provided individually or in a group (including briefings conducted by telephone or on the Internet) and must be provided by a nonprofit budget and credit counseling agency approved by the United States trustee or bankruptcy administrator. The clerk of the bankruptcy court has a list that you may consult of the approved budget and credit counseling agencies. Each debtor in a joint case must complete the briefing.

**In addition, after filing a bankruptcy case, an individual debtor generally must complete a financial management instructional course before he or she can receive a discharge.** The clerk also has a list of approved financial management instructional courses. Each debtor in a joint case must complete the course.

## 2. The Four Chapters of the Bankruptcy Code Available to Individual Consumer Debtors

### Chapter 7: Liquidation ($245 filing fee, $46 administrative fee, $15 trustee surcharge: Total fee $306)
Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts. Debtors whose debts are primarily consumer debts are subject to a "means test" designed to determine whether the case should be permitted to proceed under chapter 7. If your income is greater than the median income for your state of residence and family size, in some cases, the United States trustee (or bankruptcy administrator), the trustee, or creditors have the right to file a motion requesting that the court dismiss your case under § 707(b) of the Code. It is up to the court to decide whether the case should be dismissed.

Under chapter 7, you may claim certain of your property as exempt under governing law. A trustee may have the right to take possession of and sell the remaining property that is not exempt and use the sale proceeds to pay your creditors.

The purpose of filing a chapter 7 case is to obtain a discharge of your existing debts. If, however, you are found to have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

discharge and, if it does, the purpose for which you filed the bankruptcy petition will be defeated.

Even if you receive a general discharge, some particular debts are not discharged under the law. Therefore, you may still be responsible for most taxes and student loans; debts incurred to pay nondischargeable taxes; domestic support and property settlement obligations; most fines, penalties, forfeitures, and criminal restitution obligations; certain debts which are not properly listed in your bankruptcy papers; and debts for death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs. Also, if a creditor can prove that a debt arose from fraud, breach of fiduciary duty, or theft, or from a willful and malicious injury, the bankruptcy court may determine that the debt is not discharged.

**Chapter 13**: Repayment of All or Part of the Debts of an Individual with Regular Income ($235 filing fee, $46 administrative fee: Total fee $281)

Chapter 13 is designed for individuals with regular income who would like to pay all or part of their debts in installments over a period of time. You are only eligible for chapter 13 if your debts do not exceed certain dollar amounts set forth in the Bankruptcy Code.

Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, using your future earnings. The period allowed by the court to repay your debts may be three years or five years, depending upon your income and other factors. The court must approve your plan before it can take effect.

After completing the payments under your plan, your debts are generally discharged except for domestic support obligations; most student loans; certain taxes; most criminal fines and restitution obligations; certain debts which are not properly listed in your bankruptcy papers; certain debts for acts that caused death or personal injury; and certain long term secured obligations.

**Chapter 11**: Reorganization ($1167 filing fee, $46 administrative fee: Total fee $1213)

Chapter 11 is designed for the reorganization of a business but is also available to consumer debtors. Its provisions are quite complicated, and any decision by an individual to file a chapter 11 petition should be reviewed with an attorney.

**Chapter 12**: Family Farmer or Fisherman ($200 filing fee, $46 administrative fee: Total fee $246)

Chapter 12 is designed to permit family farmers and fishermen to repay their debts over a period of time from future earnings and is similar to chapter 13. The eligibility requirements are restrictive, limiting its use to those whose income arises primarily from a family-owned farm or commercial fishing operation.

## 3. Bankruptcy Crimes and Availability of Bankruptcy Papers to Law Enforcement Officials

A person who knowingly and fraudulently conceals assets or makes a false oath or statement under penalty of perjury, either orally or in writing, in connection with a bankruptcy case is subject to a fine, imprisonment, or both. All information supplied by a debtor in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the United States Trustee, the Office of the United States Attorney, and other components and employees of the Department of Justice.

**WARNING:** Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information regarding your creditors, assets, liabilities, income, expenses and general financial condition. Your bankruptcy case may be dismissed if this information is not filed with the court within the time deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court. The documents and the deadlines for filing them are listed on Form B200, which is posted at http://www.uscourts.gov/bkforms/bankruptcy_forms.html#procedure.

# United States Bankruptcy Court
## District of Oregon

**IN RE:**                                                      Case No. _____

**Crabtree, Harry James & Crabtree, Shay Colleen**            Chapter **13** _____

Debtor(s)

## CERTIFICATION OF NOTICE TO CONSUMER DEBTOR(S)
## UNDER § 342(b) OF THE BANKRUPTCY CODE

### Certificate of [Non-Attorney] Bankruptcy Petition Preparer

I, the [non-attorney] bankruptcy petition preparer signing the debtor's petition, hereby certify that I delivered to the debtor the attached notice, as required by § 342(b) of the Bankruptcy Code.

_____     Social Security number (If the bankruptcy
Printed Name and title, if any, of Bankruptcy Petition Preparer     petition preparer is not an individual, state
Address:                                                         the Social Security number of the officer,
_____     principal, responsible person, or partner of
                                                                 the bankruptcy petition preparer.)
_____     (Required by 11 U.S.C. § 110.)

**X** _____
Signature of Bankruptcy Petition Preparer of officer, principal, responsible person, or
partner whose Social Security number is provided above.

### Certificate of the Debtor

I (We), the debtor(s), affirm that I (we) have received and read the attached notice, as required by § 342(b) of the Bankruptcy Code.

**Crabtree, Harry James & Crabtree, Shay Colleen**     **X** */s/ Harry J Crabtree*                    **12/23/2013**
Printed Name(s) of Debtor(s)                                 Signature of Debtor                              Date

Case No. (if known) _____     **X** */s/ Shay C Crabtree*                      **12/23/2013**
                                                                 Signature of Joint Debtor (if any)              Date

**Instructions:** Attach a copy of Form B 201A, Notice to Consumer Debtor(s) Under § 342(b) of the Bankruptcy Code.

Use this form to certify that the debtor has received the notice required by 11 U.S.C. § 342(b) **only** if the certification has **NOT** been made on the Voluntary Petition, Official Form B1. Exhibit B on page 2 of Form B1 contains a certification by the debtor's attorney that the attorney has given the notice to the debtor. The Declarations made by debtors and bankruptcy petition preparers on page 3 of Form B1 also include this certification.

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only